PAULINE LEVIN, as Administratrix, etc., of JULIUS LEVIN, Deceased, Respond-

ent, Appellant, v. RUDOLPH LEVIN, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.